UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
**ELIZABETH FLORENT, individually and on** )
**behalf of D.N., her minor child,** )
)
    **Plaintiffs,** )
) **Civil Action No.**
    **v.** ) **16-11710-FDS**
)
**GLAXOSMITHKLINE LLC,** )
)
    **Defendant.** )
_____)

## ORDER GRANTING MOTION TO WITHDRAW

**SAYLOR, J.**

On November 9, 2018, counsel for plaintiffs, Robert Jenner and Kathleen Kerner of Jenner Law, P.C., filed a motion to withdraw as counsel due to their inability to contact plaintiffs. The motion to withdraw is GRANTED, effective December 7, 2018, or upon the filing of an appearance by a new counsel or a written notice by plaintiffs that they intend to proceed *pro se*. The plaintiffs are directed to file a notice of change of address with the Court providing updated contact information.

**So Ordered.**

                                                               /s/ F. Dennis Saylor
                                                               F. Dennis Saylor IV
Dated: November 14, 2018                                      United States District Judge