UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH FLORENT, individually and on behalf of D.N., her minor child, ) ) ) ) Plaintiffs, ) ) v. ) ) GLAXOSMITHKLINE LLC, ) ) Defendant. ) ) | Civil Action No. 16-11710-FDS |

# ORDER CONCERNING PLAINTIFFS' FAILURE TO PROVIDE ADDRESS OR OTHER CONTACT INFORMATION

**SAYLOR, J.**

On November 14, 2018, this Court ordered plaintiffs to file a notice of change of address providing updated contact information by December 7, 2018. Plaintiffs failed to do so, and are no longer represented by counsel. The Court at present cannot communicate with plaintiffs. Accordingly, the Court hereby orders that this matter will be dismissed if plaintiffs have not provided an updated address, telephone number, and e-mail address within four weeks of this order, or by January 11, 2019.

**So Ordered.**

Dated: December 14, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge