UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH FLORENT, individually and on behalf of D.N., her minor child, ) ) ) ) Plaintiffs, ) ) v. ) ) GLAXOSMITHKLINE LLC, ) ) Defendant. ) ) | Civil Action No. 16-11710-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On December 14, 2018, this Court ordered plaintiffs to provide an updated address, telephone number, and e-mail address by January 11, 2019. Because plaintiffs failed to do so, this action is hereby DISMISSED without prejudice.

**So Ordered.**

Dated: January 14, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge